| UNITED STATES BANKRUPTCY COURT District of Arizona |
|---|

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/14/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
STEVE BUSTAMANTE SR
11064 W. CANTERBURY DRIVE
SUN CITY, AZ 85351

| Case Number:<br>2:15−bk−04266−MCW | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2152 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>JANET MARIE SPEARS<br>BUNTROCK LAW GROUP, PLLC<br>2158 N. GILBERT, SUITE 119<br>MESA, AZ 85203<br>Telephone number: 480−664−7728 | Bankruptcy Trustee (name and address):<br>DAVID M. REAVES<br>PO BOX 44320<br>PHOENIX, AZ 85064−4320<br>Telephone number: 602−241−0101 |

## Meeting of Creditors
Date: **May 18, 2015**                                                                                  Time: **10:00 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/17/15**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>George Prentice |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 4/15/15 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |
| Required Papers | **All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.** |

## Refer to Other Side for Important Deadlines and Notices

```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                          Case No. 15-04266-MCW
STEVE BUSTAMANTE, SR                                            Chapter 7
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0970-2          User: vargasr              Page 1 of 2           Date Rcvd: Apr 15, 2015
                              Form ID: b9a               Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2015.
```
db            +STEVE BUSTAMANTE, SR,    11064 W. CANTERBURY DRIVE,    SUN CITY, AZ 85351-3717
13473441      +24 Hour Fitness,    1085 S. Arizona Ave.,    Chandler AZ 85286-6506
13473442      +360 Physical Therapy,    1076 W. Chandler Blvd.,    Chandler AZ 85224-5223
13473443      +Arizona Spine & Joint Hospital,     4620 E. Baseline,    Mesa AZ 85206-4624
13473444      +Arstral,   9800 Center Parkway, #1100,    Houston TX 77036-8263
13473445      +Best Buy/CBNA,    P. O. Box 6497,    Sioux Falls SD 57117-6497
13473449      +Citibank/Best Buy,    100 Citibank Drive,    San Antonio TX 78245-3202
13473450      +Collections USA,    P. O. Box 10070,    Glendale AZ 85318-0070
13473452      +Credit Control Co.,    11821 Rock Landing,    Newport News VA 23606-4207
13473453      +Dignity Health,    185 Berry Street, Suite 300,    San Francisco CA 94107-1773
13473455       FMA Alliance, LTD,    12329 Cotten Rd.,    Houston TX 77066
13473456       Freedom Mortgage,    P. O. Box 8086,    Virginia Beach VA 23450
13473460      +Larry & Isabel Wortman,    Teri Collins,    1037 W. Farmdale Rd.,    Mesa AZ 85210-3424
13473462     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Motor Acceptance,     P. O. Box 78133,    Phoenix AZ 85062)
13473463      +Salt River Project,    P. o. Box 80062,    Prescott AZ 86304-8062
13473466      +UMR,   P. O. Box 30541,    Salt Lake City UT 84130-0541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: janet@buntrockgardner.com Apr 15 2015 23:55:12     JANET MARIE SPEARS,
               BUNTROCK LAW GROUP, PLLC,    2158 N. GILBERT, SUITE 119,    MESA, AZ  85203
tr             EDI: QDMREAVES.COM Apr 15 2015 23:43:00      DAVID M. REAVES,    PO BOX 44320,
               PHOENIX, AZ  85064-4320
smg            EDI: AZDEPREV.COM Apr 15 2015 23:43:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
13473447      +EDI: SEARS.COM Apr 15 2015 23:43:00      CBUSA Sears,    8725 W. Sahara Ave.,
               The Lakes NV 89163-0001
13473446      +EDI: CAPITALONE.COM Apr 15 2015 23:43:00      Capital One/Best Buy,    P. o. box 30253,
               Salt Lake City UT 84130-0253
13473448      +E-mail/Text: bklaw2@centurylink.com Apr 15 2015 23:56:04     Centurylink,    P. O. Box 4300,
               Carol Stream IL 60197-4300
13473451      +E-mail/Text: CCICollectionsGlobalForms@cox.com Apr 15 2015 23:56:33      Cox Communications,
               1400 Lake Hearn Drive,    Atlanta GA 30319-1464
13473454      +E-mail/Text: bankruptcy@emeraldar.com Apr 15 2015 23:55:29      Emerald AR,
               1850 N. Central, #1010,    Phoenix AZ 85004-3948
13473457      +EDI: RMSC.COM Apr 15 2015 23:43:00      GECRB/Amazon,    P. O. Box 965015,
               Orlando FL 32896-5015
13473458      +E-mail/Text: bknoticing@grantweber.com Apr 15 2015 23:55:57      Grant & Weber,
               14795 N. 78th Street, #800,    Scottsdale AZ 85260-3010
13473459      +E-mail/Text: bk@hughesfcu.org Apr 15 2015 23:56:22     Hughes Fedeal Credit Union,
               P. O. Box 11900,    Tucson AZ 85734-1900
13473461      +EDI: RMSC.COM Apr 15 2015 23:43:00      Lowes,    P. o. Box 965005,    Orlando FL 32896-5005
13473464      +E-mail/Text: bankruptcy@bbandt.com Apr 15 2015 23:55:51      Sheffield Financial,
               6010 Golding Center Dr.,    Winston Salem NC 27103-9815
13473465      +EDI: AISTMBL.COM Apr 15 2015 23:43:00      T-Mobile,    Bankruptcy Department,    P. o. Box 53410,
               Bellevue WA 98015-3410
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2015                             Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2015 at the address(es) listed below:
```
          DAVID M. REAVES    trustee@reaves-law.com,
           dreaves@ecf.epiqsystems.com;karnold@reaves-law.com;mbayley@reaves-law.com
          JANET MARIE SPEARS    on behalf of Debtor STEVE  BUSTAMANTE, SR janet@buntrockgardner.com
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                          TOTAL: 3
```